PROB 12C
(6/16)

Report Date:  May 29, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

ECF No.44

Name of Offender: Kurtus B. Koerner              Case Number: 0980 1:24CR02042-MKD-1

Address of Offender: ███████████████ Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 18, 2025

Original Offense:        Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(c)

Original Sentence:       Prison - 24 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Courtney Pratten                Date Supervision Commenced: February 13, 2026

Defense Attorney:        Federal Defender                Date Supervision Expires: February 12, 2029

---

### PETITIONING THE COURT

To issue a warrant.

On February 17, 2026, Mr. Koerner's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Koerner is alleged to have violated special condition number 4, by consuming a controlled substance, methamphetamine, on or about May 19, 2026.

On May 19, 2026, Mr. Koerner reported to the probation office to submit to urinalysis (UA) testing.  Mr. Koerner provided a urine sample that tested positive for methamphetamine and MDMA. The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing.

On May 27, 2026, the testing results from Alere were confirmed positive for methamphetamine.  The results were negative for MDMA.

Prob12C
## Re: Koerner, Kurtus B.
**May 29, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 29, 2026
_____

s/Arturo Santana
_____

Arturo Santana
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke
_____
Signature of Judicial Officer

5/29/2026
_____
Date