PROB 12C
(6/16)

Report Date:  June 8, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2026

SEAN F. McAVOY, CLERK
ECF No. 57

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kurtus B. Koerner             Case Number: 0980 1:24CR02042-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 18, 2025

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: February 13, 2026 | |
| Defense Attorney: | John William-Gates Repovsch | Date Supervision Expires: February 12, 2029 | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 05/29/2026.

On February 17, 2026, Mr. Koerner's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Koerner is alleged to have violated special condition number 4, by consuming a controlled substance, methamphetamine, on or about May 28, 2026.

On May 28, 2026, Mr. Koerner reported to the probation office to submit to urinalysis (UA) testing. Mr. Koerner provided a urine sample that tested positive for heroin, methamphetamine, MDMA, morphine and amphetamine.  The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing.

On June 4, 2026, the testing results from Alere were confirmed positive for methamphetamine and 6-Acetylmorphine (heroin).

Prob12C
**Re: Koerner, Kurtus B.**
**June 8, 2026**
**Page 2**

3          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Koerner is alleged to have violated special condition number 4, by consuming a controlled substance, heroin, on or about May 28, 2026.

Please refer to supporting evidence in violation number 2.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 8, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

June 8, 2026

Date